UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00252 |
| | ) | JUDGE CAMPBELL |
| AHMORE CURTIS | ) | |

ORDER

Pending before the Court is a Motion To Relieve Counsel Of Responsibility To Provide Him Further Representation In This Matter (Docket No. 21), filed by counsel for the Defendant. The Court held a hearing on the Motion on July 16, 2012. For the reasons stated on the record, the Motion is DENIED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE