UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00252 |
| | ) | JUDGE CAMPBELL |
| AHMORE CURTIS | ) | |

## ORDER

Pending before the Court is a Motion To Extend Settlement Date (Docket No. 48). The Motion is GRANTED.

The deadline for Defendant to consummate the plea agreement is extended to December 12, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE